# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DAVID KNELLER, | : No. 63 MM 2015 |
| Petitioner | : |
| v. | : |
| MARSHA C. STEWART, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, as Petitioner may pursue redress in a civil action, mandamus relief is not available. *See Relosky v. Sacco*, 523 A.2d 1112 (Pa. 1987) (holding that a petitioner may not obtain mandamus relief unless he establishes the absence of another adequate remedy). As such, the Petition for Review in the Nature of Mandamus is **DENIED**, and the Application to Disqualify Counsel is **DISMISSED** as moot.